■ In the Matter of JAMES AIKEN, Respondent, v COUNTY OF ONONDAGA et al., Appellants. [698 NYS2d 211] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Major, J. (Appeal from Judgment of Supreme Court, Onondaga County, Major, J.—CPLR art 78.) Present—Pine, J. P., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.

■ In the Matter of DEREK TROUTMAN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [699 NYS2d 246] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner challenges a determination finding him guilty of violating inmate rules 104.11 (7 NYCRR 270.2 [B] [5] [ii] [engaging in conduct that is violent or that threatens violence]); 102.10 (7 NYCRR 270.2 [B] [3] [i] [making threats]); and 107.11 (7 NYCRR 270.2 [B] [8] [ii] [harassing employees]). We reject petitioner's contention that the determination is not supported by substantial evidence. A detailed misbehavior report setting forth the reporting officer's observations constitutes substantial evidence of the misconduct described therein (*see, Matter of Foster v Coughlin*, 76 NY2d 964, 966; *Matter of Perez v Wilmot*, 67 NY2d 615, 616-617). Petitioner's denials before the Hearing Officer presented a credibility issue for the Hearing Officer to resolve (*see, Matter of Foster v Coughlin, supra*, at 966; *Matter of Polite v Goord*, 258 AD2d 795). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KEARNEY, Appellant. [698 NYS2d 193] —Judgment unanimously affirmed. Memorandum: The negotiated sentence is neither unduly harsh nor severe (*see, People v Kohler*, 147 AD2d 937, *lv denied* 73 NY2d 1017). Contrary to the contention of the People, defendant need not preserve his right to appeal the harshness of the negotiated sentence (*see, People v Pollenz*, 67 NY2d 264, 268). (Appeal from Judgment of Monroe County Court, Egan, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Green, Pine, Scudder and Callahan, JJ.